# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RICKIE STEVENS,             ) | Civil Action No. 3:20-cv-00479-LRH-CLB |
|       Plaintiff,    ) | |
|            ) | |
| vs.               ) | **ORDER OF DISMISSAL** |
|            ) | |
| UNIFY FINANCIAL CREDIT UNION,  ) | |
| EXPERIAN INFORMATION       ) | |
| SOLUTIONS, INC., AND TRANSUNION,  ) | |
| LLC.,             ) | |
|       Defendants.   ) | |

Plaintiff, Rickie Stevens ("Plaintiff"), and Defendant Unify Financial Credit Union, ("Defendant"), having filed a Joint Stipulation of Dismissal and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's claim against Defendant are DISMISSED with prejudice with each party to bear their own costs and attorneys' fees. Proceedings will continue as to Codefendant's Experian Information Solutions, Inc., and TransUnion, LLC.

SO ORDERED.

DATED this 15th day of January, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

- 1 -