**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| RICKIE STEVENS,<br>        Plaintiff,<br><br>vs.<br><br>UNIFY FINANCIAL CREDIT UNION, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANSUNION, LLC,<br>        Defendants. | Case No.: 3:20-CV-0479-LRH-CLB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANSUNION, LLC** |

Plaintiff, Rickie Stevens ("Plaintiff"), and Defendants, Experian Information Solutions, Inc. ("EXPERIAN"), and TRANSUNION, LLC ("TRANSUNION") collectively through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's claims in this action, with prejudice, against Experian Information Solutions, Inc., and Transunion, LLC. Parties will bear their own fees and costs.

Dated: August 16, 2021

- 1 -

By: */s/ Jeffrey Lohman*
Jeffrey Lohman, Bar #032315
*(Pro Hac Vice)*
The Law Office of Jeffrey Lohman, P.C.
28544 Old Town Front St., Ste. 201
Temecula, CA 92590
Tel. (866) 329-9217
Fax (714) 362-0096
E: JeffL@jlohman.com
*Attorney for Plaintiff, Rickie Stevens*

By: */s/ Jennifer L. Braster (with consent)*
Jennifer L. Braster, NV Bar No. 9982
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com

*Attorneys for Defendant, Experian Information Solutions, Inc.*

By: *Jennifer Bergh*
Jennifer Bergh, NV Bar No. 14480
jbergh@qslwm.com
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 560-5460
(214) 871-2111 Fax
*Attorneys for Defendant, TransUnion, LLC*

**IT IS SO ORDERED**

_____
LARRY R. HICKS
United States District Judge

Dated:  August 17, 2021.